UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 14-20052-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROGER BERGMAN,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S AMENDED REPORT AND RECOMMENDATIONS

**THIS CAUSE** came before the Court upon the Amended Report and Recommendations regarding Criminal Justice Act Voucher FLS 14 1725-02 issued by United States Magistrate Judge Jonathan Goodman, on November 3, 2014 (D. E. No. 220), recommends to this Court, that CJA Voucher FLS 14 1725-02 be Granted and that Terence Lenamon, PA be paid a total sum of **$55,841.85** as fair and final compensation for his work on this case during the period covered by this voucher request. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendations, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Amended Report and Recommendations (D.E. No. 220), is hereby **ADOPTED and AFFIRMED.** The Report and Recommendations on Counsel's CJA Voucher Request for Attorney's Fees (D.E. No. 217) is **denied as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17 day of November, 2014.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Terence Lenamon, PA
Lucy Lara, CJA Administrator